**Order entered March 26, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01178-CR

### GEORGE GUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-00090-M

### ORDER

The reporter's record was originally due November 22, 2019. The Court granted two extension requests making it due February 28, 2020. To date, the reporter's record has not been filed and we have had no further communication from court reporter Belinda Baraka.

We **ORDER** the reporter's record filed on or before April 15, 2020. We caution Ms. Baraka that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that this

appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE